UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

KENDRICK JONES

CRIMINAL ACTION

NO. 14-17-JJB

## RULING AND ORDER

Defendant has filed a motion (doc. 40) "for Transfer and Resolution of Detainer;"

In connection with the motion, the court finds that defendant is entitled to a transcript of the sentencing hearing at the government's expense.

The court has reviewed the transcript (which is being filed in the record contemporaneously herewith). The court finds it is not empowered to take any action on the request to transfer defendant's detention into federal custody. While defendant references a plea agreement, the record makes plain that there was no plea agreement in this court. The court ordered the sentence here to run consecutive to any state charges. The gratuitous comments made by defense counsel at sentencing are not grounds for granting the instant motion.

Accordingly, the transcript of the sentencing shall be provided at no cost to defendant. The motion (doc. 40) to transfer detention is hereby DENIED.

Baton Rouge, Louisiana, February 1, 2016.

JAMES J. BRADY, DISTRICT JUDGE